

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
SAN JUAN, PR • TRENTON, NJ • WESTBOROUGH, MA • WILMINGTON, DE

CHRISTOPHER P. MAZZA
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 973-889-4256
E-MAIL ADDRESS: cpmazza@pbnlaw.com

July 28, 2025

**VIA CM/ECF**

Honorable Jamel K. Semper, USDJ
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    *Hadron Master Fund, et. al., v. Tingo Group, Inc.* (Case No. 2:25-cv-08009-JKS-JRA)

Dear Judge Semper,

    Porzio, Bromberg, & Newman P.C. ("Porzio") is currently in the process of being retained by Andrew Lazare, Raymond Ingelby, and Simon Prior-Palmer (the "Interested Shareholders"), who collectively hold in excess of five (5%) percent of the total issued and outstanding common stock of the Defendant, Tingo Group, Inc ("Tingo"). The Interested Shareholders are based in the United Kingdom, only became aware of the *Order to Show Cause Why a Receiver Should Not be Appointed* (the "OTSC") on the afternoon of Friday, July 25, 2025, and contacted Porzio today regarding representation in this matter. The OTSC was entered on July 22, 2025.

    The Interested Shareholders are in direct communication with a party that is at an advanced stage of preparing a tender offer to acquire Tingo. Such offer would be a value-maximizing proposition for Tingo and its stakeholders, but may be irrevocably jeopardized by the appointment of a receiver at the current juncture. Accordingly, the Interested Shareholders respectfully request a three-week adjournment of the hearing on the OTSC, currently scheduled to be heard on July 31, 2025, to avoid damage to the potential tender offer or, in the alternative, have sufficient time to adequately respond to the OTSC. The Interested Shareholders have not made any other prior request for an adjournment. The undersigned has been in communication with counsel for the Plaintiffs, but the parties have been unable to reach agreement on an adjournment. The Interested Shareholders respectfully request the hearing on the OTSC be adjourned to August 21, 2025, with a new objection deadline of August 14, 2025, and a reply deadline of August 19, 2025.

ATTORNEYS AT LAW

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM

8224763



Honorable Jamel K. Semper<br>July 28, 2025<br>Page 2

The Interested Shareholders thank the Court for its time and consideration of this matter.

Respectfully submitted,

s/ Christopher P. Mazza

Christopher P. Mazza

CPM:mfm

8224763