

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
SAN JUAN, PR • TRENTON, NJ • WESTBOROUGH, MA • WILMINGTON, DE

CHRISTOPHER P. MAZZA
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 973-889-4256
E-MAIL ADDRESS: CPMAZZA@PBNLAW.COM

August 28, 2025

**VIA CM/ECF**

Honorable Jamel K. Semper
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   **Joint Adjournment Request for *Order to Show Cause Why a Receiver Should not be Appointed* (Docket No. 10) in *Hadron Master Fund, et. al., v. Tingo Group, Inc.* (Case No. 2:25-cv-08009-JKS-JRA)**

Dear Judge Semper,

This firm is counsel to Andrew Lazare, Raymond Ingelby, and Simon Prior-Palmer (the "Interested Shareholders"). At the request of the Interested Shareholders, and upon the consent of the Plaintiffs in the above-referenced proceeding, on July 30, 2025, the Court adjourned the hearing on the *Order to Show Cause Why a Receiver Should Not be Appointed* (the "OTSC") to September 3, 2025 at 11:00 a.m.

The Interested Shareholders and Plaintiffs (collectively, the "Parties") have now agreed to a second adjournment to the OTSC currently scheduled for September 3, 2025, as the parties have been exchanging information pertinent to a potential tender offer of outstanding shares of Tingo Group, Inc. The parties have agreed to an adjournment of two (2) weeks, subject to the Court's availability. However, as counsel for the Interested Shareholders, I note that I will traveling to Chicago for the National Conference of Bankruptcy Judges the week of September 15, returning on Saturday, September 20. Additionally, I would like to note the religious holiday at the beginning of the following week (Rosh Hashanah begins September 22, and ends September 24). I respectfully request that the Court provide an adjournment date for the OTSC in light of these concerns, subject to the Court's availability.

ATTORNEYS AT LAW

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM

8279561



Honorable Jamel K. Semper
August 28, 2025
Page 2

Counsel for the Plaintiffs has provided their consent to this joint adjournment request as evidenced by his signature below.  I thank you the Court for its time and consideration of this matter.

Respectfully submitted,

s/ Christopher P. Mazza

Agreed and Consented to by:

**NORRIS MCLAUGHLIN, P.A.**

*Attorneys for Plaintiffs*

s/ Thomas B. Slocum
Thomas B. Slocum, Esq.

8279561