

Tingo Group Inc.
28 West Grand Avenue, Suite 3
Montvale, NJ 07645

4 September 2025

The Honorable James K Semper,
United States District Court for the District of New Jersey,
Newark N.J.

Your Honor,

### Case No 25-cv-8009
### Hadron Master Fund V Tingo Group Inc.

I am writing to you in my capacity of Chairman of Tingo Group Inc.

I am aware, that an application, has been made by a group of creditors to appoint a Receiver.

This is an action that the company fully supports.

We are not in a position to engage counsel due to lack of funds and believe that if a Receiver were to be appointed they could provide the best route for realizing value for both creditors & shareholders in enabling action to be taken against various parties, whom we feel are culpable in our demise.

I am also aware that Mr. Mmobuosi has, for several months, been indicating that a bid for the company is in the offing. Let me state categorically, that at no time has Mr. Mmobuosi, of any other party contacted me with an offer for consideration.

Indeed, I find it hard to understand why anyone would wish to bid for a company, whose debts far outweigh its assets & which no longer has the benefit of a public listing.

I can only assume this is all part & parcel of the devious shenanigans of someone whom, the SEC has already found guilty of an enormous fraud on the company & its shareholders.

In conclusion, I would ask that you give further consideration to the application before you.

John Scott

Chairman