

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
SAN JUAN, PR • TRENTON, NJ • WESTBOROUGH, MA • WILMINGTON, DE

CHRISTOPHER P. MAZZA
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 973-889-4256
E-MAIL ADDRESS: CPMAZZA@PBNLAW.COM

October 15, 2025

**VIA CM/ECF**

Honorable Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

       Re:    ***Hadron Master Fund, et. al., v. Tingo Group, Inc.*** **(Case No. 2:25-cv-08009-JKS-JRA)**

Dear Judge Semper,

       This firm is counsel to Andrew Lazare, Raymond Ingelby, and Simon Prior-Palmer (the "Interested Shareholders") in the above-referenced matter.  The Interested Shareholders are in receipt of the Plaintiffs' letter to the Court, dated October 13, 2025 [ECF No. 21].  By way of response, and to provide additional information to the Court, the Interested Shareholders advise that the negotiations with the potential purchaser (the "Purchaser") of the Defendant, Tingo Group, Inc. ("Tingo"), have been progressing to an advanced stage.  The Interested Shareholders remain confident that such transaction remains the best outcome for all stakeholders of Tingo, and respectfully request the Court not enter an order appointing a receiver on the papers.

       In support of their position, the Interested Shareholders provide the Court with a communication from the Purchaser that evidences the sincerity and legitimacy of the Purchaser's interest—as well as some of the concerns that the Purchaser has with public disclosure of the tender offer at this time.  Additionally, as noted by the Purchaser, the recent shutdown of the government has delayed the Purchaser's ability to meet with the Securities and Exchange Commission prior to its formal tender of the offer to acquire 100% of Tingo's issued share capital.  A copy of the Purchaser's correspondence is attached hereto as **Exhibit A**.  The correspondence contains minor redactions, protecting the Purchaser's identity from disclosure, and counsel notes that an unredacted copy will be provided for Your Honor's *in camera* review should the Court deem it appropriate.

       Accordingly, the Interested Shareholders reiterate their request that the Court not enter an order on the papers appointing a receiver for Tingo.  If Your Honor is so inclined, the Interested Shareholders suggest scheduling a status conference for a date shortly after resolution of the U.S. government shutdown, at which point counsel for the Interested Shareholders would be happy to provide the Court with an update on the status of the tender offer.

ATTORNEYS AT LAW

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM

10031889



Honorable Jamel K. Semper, U.S.D.J.
October 15, 2025
Page 2

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

s/ Christopher P. Mazza

# EXHIBIT A

Marco D'Attanasio
Hadron Master Fund
C/O Thomas B Slocum
Norris McLaughlin, P.A.
400 Crossing Boulevard
8th Floor
Bridgewater, NJ 08807

14th October 2025

Dear Mr. D'Attanasio,

**Subject: Update on Tender Offer for Tingo Group, Inc.**

Further to our letter dated 25 September 2025, we are writing to provide a progress update.

As previously noted, ███████████████ is at an advanced stage in finalising a tender offer (the "Offer") to the shareholders of Tingo Group, Inc. ("Tingo Group") to acquire up to 100% of the Company's issued share capital.

As also mentioned, we have completed our due diligence on Tingo Group's African operations and are satisfied with the findings. In addition, we have reviewed the recent reports issued by both the Nigerian Police and the Office of the Attorney General.

To facilitate progress toward completion of the Tender Offer, I travelled to the United States over the weekend. Later this week, I will be meeting with our two U.S. legal counsel teams, together with a specialist SEC advisor, to prepare for the filing of the Tender Offer documents with the SEC.

On the advice of our legal team, and in view of the apparently obstructive stance taken by Tingo Group's Chairman, John Scott - as reflected in his letter to the United States District Court dated 4 September 2025 - we are seeking to meet with the SEC to pre-notify them of our Tender Offer and to address any questions they may have.

Although we had hoped to have met with the SEC by now, the ongoing U.S. Federal Government shutdown has caused delays. We anticipate being able to schedule the meeting within a few days of the SEC's offices reopening.

While we believe it would be counterproductive to submit our draft Tender Offer documents to Mr. John Scott - given his apparent conflict of interest and lack of alignment with the best interests of shareholders and other stakeholders - we have engaged directly with several of the Company's largest shareholders, as well as its former Chief Executive Officer, Mr. Ken Denos. All parties have expressed their support for the Offer.

Once again, and for the avoidance of doubt, ███████████████ remains fully committed to finalising the Offer and advancing through the final stages of the process. The substantial costs we are



incurring reflect the seriousness of our intent and our determination to bring the transaction to a successful conclusion.

As stated in our letter of 25 September, we continue to believe that our proposal represents the best outcome for Tingo Group and all its stakeholders. We therefore respectfully request your continued cooperation as we complete the remaining steps of the Offer process.



Director