

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
SAN JUAN, PR • TRENTON, NJ • WESTBOROUGH, MA • WILMINGTON, DE

CHRISTOPHER P. MAZZA
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 973-889-4256
E-MAIL ADDRESS: CPMAZZA@PBNLAW.COM

October 29, 2025

**VIA CM/ECF**

Honorable Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Hadron Master Fund, et. al., v. Tingo Group, Inc.* **(Case No. 2:25-cv-08009-JKS-JRA)**

Dear Judge Semper,

This firm is counsel to Andrew Lazare, Raymond Ingelby, and Simon Prior-Palmer (the "Interested Shareholders") in the above-referenced matter. The Interested Shareholders are in receipt of the Plaintiffs' most recent letter to the Court, dated October 24, 2025 [ECF No. 24], again requesting the Court enter an order appointing a receiver. The Interested Shareholders also make reference to correspondence dated September 4, 2025 from the Defendant's chairman, Mr. John Scott, to the Court [ECF No. 18], purporting to support the appointment of a receiver.

Notwithstanding the Interested Shareholders' position set forth in their communication to the Court of October 15, 2025 [ECF No. 22], and their support of the tender offer referred to in the attachment to said letter—together with acknowledgement that the potential Purchaser must first meet with the Securities and Exchange Commission after the conclusion of the current government shutdown—the Interested Shareholders submit the present communication to the Court to provide the Court with notice of certain communications with Mr. John Scott.

A group of shareholders representing approximately 20% of the share capital of the Defendant that support further investigation of the tender offer, and not comprised of any of the Interested Shareholders, has had multiple communications to—and responses from—Mr. John Scott, related to his stated position in the above-referenced matter as well as calling into question the fulfillment of his fiduciary duties to the Defendant. The Interested Shareholders believe these communications should be brought to the attention of the Court in considering the relief being requested.

**ATTORNEYS AT LAW**

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM

10050198



Honorable Jamel K. Semper, U.S.D.J.<br>
October 29, 2025<br>
Page 2

    Accordingly, attached hereto as **Exhibits A through E** are communications between the group of shareholders and Mr. John Scott which, *inter alia*, question his recent decisions and request he rescind his letter to the Court of September 4, 2025 [ECF No. 18]. Additionally, attached hereto as **Exhibit F** is a letter from the group of shareholders to Sir David Trippier, an independent director of the Defendant.

    I thank the Court for its time and consideration of this matter.

                                          Respectfully submitted,

                                          s/ Christopher P. Mazza