# EXHIBIT A

# October 16, 2025 Letter to Shareholders from John Scott, Esq.

John MacMillan Scott esq

Tingo Group Inc

28 West Grand Avenue

Suite 3                                                                                         By Post and Email

Montvale NJ 07645                                                                   16th October 2025

Dear Sir,

**Tingo Group Inc – Your Role as Chairman - Hadron Master Fund v Tingo Group Inc, case number 2:25-cv-8009 – Potential Offers for the Company**

The signatories to this letter are shareholders in Tingo Group Inc (the "Company") and are writing to you in your capacity as Chairman of the Company.

We note correspondence in the case before the Honourable James K Semper of the United States Court for the District of New Jersey, Hadron Master Fund v Tingo Group Inc, case number 2:25-cv-8009.  In particular we refer to the following correspondence to Judge Semper:-

- a letter from counsel acting for interested shareholders Andrew Lazare, Raymond Ingleby and Simon Prior Palmer (the "Interested Shareholders"); and

- a letter to The Honourable Judge Semper from you in you capacity as Chairman of the Company, dated 4 September 2025;

In their letter, the Interested Shareholders refer to a potential offer for the shares Company and ask the judge not to appoint a Receiver in order to allow that offer to be forthcoming.  The Interested Shareholders attest that they represent in excess of 5 per cent of the issued share capital of the Company, are in direct contact with a potential offeror and that the offer could maximise shareholder value should it be forthcoming.  In your letter you dismiss the possibility of an offer.

In the circumstances the Company finds itself in we would not expect you to dismiss the prospect of any offer for the shares of the Company.  Any and all offers for the Company should be given every chance to materialise and be considered by the shareholders.  Any attempt by you or any other party to frustrate, jeopardise or thwart any offer, or potential offer, for the shares of the Company will be examined in the context of your fiduciary duties to the Company and shareholders in the Company.  We shareholders are writing to you to remind you and your fellow board members of your

fiduciary duties to the Company's shareholders. This duty extends to being a custodian of shareholder value.

There may be third party individuals or third party entities that have an interest in the demise of the Company and the failure of any offer or potential offer for the Company's shares. The undersigned shareholders intend to investigate and identify any such bad actors, and their connections and motives, and hold them to account to the fullest extent possible.

<u>We expect you to write to Judge Semper forthwith and reverse the position set out in your letter of 4 September. We require that you advise the Judge that a Receiver should not be appointed in order to allow the prospect of an offer for the Company to materialise.</u>

The 51 shareholders that have signed this letter represent in excess of 20 million shares in the Company.

Yours Faithfully,

| Jonnie Ray | |
| Neil Sampson | |
| Emma Isgren | |
| Peter Lilkenday | |
| Strachan Sampson | |
| Mark Coomes | |
| Jamil El-Houmayra | |
| Evert Hulleman | |
| Anthony Meehan | |
| Paula Meehan | |
| Jonathan Hobday | |
| Dustin Lahn | |
| Keith Dearling | |

| Name | Signature |
|---|---|
| Nigel Anderson | *(signed)* |
| Gary Sewell | *(signed)* |
| Richard Green | *(signed)* |
| Will Williams | *(signed)* |
| Jack Rumbol | *(signed)* |
| Thomas Harper | *(signed)* |
| Anthony Atkinson | *(signed)* |
| William Robertson | *(signed)* |
| Pauline Stout | *(signed)* |
| Malcolm Craig | *(signed)* |
| Taylor Dearling | *(signed)* |
| Allison Dearling | *(signed)* |
| James Tiltman | *(signed)* |
| Lee Sandford | *(signed)* |
| Chris Olerenshaw | *(signed)* |
| Andrew Hulme | *(signed)* |
| David Boshier | *(signed)* |
| Gregg Ashfield | *(signed)* |
| Rob Sanders | *(signed)* |
| Tim Pring | *(signed)* |
| Rory Millar | *(signed)* |
| James Campbell-Grey | *(signed)* |

| | |
|---|---|
| Will Evers | |
| Russell Sidebottom | |
| Andrew Sciama (on behalf of himself and Michael Sciama and Richard Sciama) | |
| Ian Gray | |
| Melanie Martell | |
| Jeremy Martell | |
| Lee Clarke | |
| Jessica Martell | |
| Mark Adams | |
| Keith Mead | |
| Sophie Raban | |
| Caroline Swallow | |
| Jeff Adams | |
| Rob Sanders | |
| Michael Baeten | |
| Paul Hopkirk | |
| Anthony Jimenez | |
| John Dickson | |

cc    Ken Denos

       David Trippier