# EXHIBIT B

## October 24, 2025 Letter from John Scott, Esq. to Shareholders

Via Email c/o W Robertson Esq.

Dear Shareholders,

Further to your letter of the 16${}^{th\ of}$ October, I must state from the outset, that contrary to your suggestion, I am fully aware of my fiduciary responsibilities. So much so, that prior to lending my support to the petitioners in this case, who incidentally, are not only creditors, but substantial shareholders in their own right, I consulted with other major shareholders, who together with the aforementioned, account for approximately 40 % of the entire equity of the company.

I fully understand, that having lost money, you are keen to pursue a course of action that you feel will result in some form of recompense, but I truly believe you are sadly mistaken in thinking a bid will be forthcoming. Consider, if you will, why you as a group, representing only 5% or so of the company's equity, have been singled out to be privy to this knowledge, whilst the Board, as well as most of the shareholders have not? Moreover, why is it that some 10 months have elapsed, so I am led to understand, since this "bid" was first muted, nothing has materialised?

Also, ask yourselves, why, as I pointed out in my submission to the court, would anyone bid for an unquoted company with negative assets and no business? It just doesn't make sense.

To be brutally honest, I firmly believe you are being manipulated by Dozy Mmobuosi, if not directly, then by someone acting on his behalf in order to frustrate any examination of the wrongdoing perpetrated on the company. He is without question totally unscrupulous and were he not a fugitive from justice, I have no doubt the DOJ would have sought criminal charges against him after the discoveries made by the SEC. The fact that he fled the UK for Nigeria, immediately after their publication speaks volumes.

When I look back on our own dealings with him, the $millions we spent on due diligence prior to consummating the merger with TMA, the engagement of a leading firm of accountants to carry out our audits, only to discover after the SEC indictments, and my own subsequent investigation into their allegations, the lengths to which he went to perpetrate his fraud, including ,but not restricted to, the employment of corrupt individuals in our Nigerian office, in our banks, and the farming co-operatives , which enabled him to siphon off funds through the falsification of contracts for food processing,  exports, and  telephones.

This is someone, well capable of the kind of misdirection, I believe you are now being subjected to.

In conclusion, I shall not be withdrawing my earlier submission to the court but would urge you to withdraw yours, in the firm belief that the only hope any of us has of salvaging something from this sad experience is in allowing a Receiver to be appointed with a view to pursuing claims on behalf of the company against individuals who have been guilty of wrongdoing, as well as professionals considered to be negligent in the execution of their duties. Whether this will eventually result in payments to shareholders, after first satisfying the prior claims of creditors, I cannot in all honesty say, but I am not without hope.

Regardless of the action you choose take going forward, I will be submitting this correspondence to the court, with a further letter to Judge Semper asking him to put an end to this impasse.

Yours Faithfully,


John M Scott