# EXHIBIT D

# October 27, 2025 Letter from John Scott, Esq. to Shareholders

Via email 27th October 2025.

Dear Shareholders,

Further to your email.

Firstly, I am deeply offended by your suggestion that I have a conflict of interest, which has influenced my judgement in this matter. I may be a creditor by virtue of unpaid Director's fees, which at best would be relatively small, although I no longer remember how much due to the passage of time. However, what I do know is that I own 410,000 shares & have options on a further 160,000. This being the case I would be absolutely delighted to receive an offer.

For all your threats & bluster, you still haven't explained why you alone have been singled out to be privy to this "bid", whilst I & the Board, along with all the other shareholders have not. That in itself gives me cause to doubt. Moreover, you say that it has been public knowledge since July, following filings to the Court, which I was not aware of ,but if that is indeed the case, why has there been no further developments since then? You go on to say that the Federal shutdown which I believe occurred on 1st October, is the cause of further dela. So, what happened in between to prevent a meeting beforehand? Also, excuse my ignorance, but why should the SEC be involved anyway, given that Tingo is delisted?

Finally, you state that the potential buyer is "a party both of significant financial substance and unimpeachable good standing". If so, please name said party that I can make my own judgement. Better yet, ask them to reach out to me directly, instead of all this cloak & dagger stuff.

In the meantime, I remain highly sceptical.

Yours Faithfully,

John Scott