

**Thomas B. Slocum, Esq.**
400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

*Direct Dial: 908-252-4249*
*Email: tslocum@norris-law.com*

March 30, 2026

<u>**Via Electronic Filing**</u>
Hon. Jamel K. Semper, USDJ
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, NJ 07102

> RE:    **Hadron Master Fund, et al. v. Tingo Group, Inc.**
>            **Case No. 25-8009**

Dear Judge Semper:

This law firm represents Plaintiffs Hadron Master Fund, Hadron Master Fund Series II, Michael Leslie Cohen, and Gabriel David ("Plaintiffs") in the above-referenced matter.

We write to respectfully remind the Court that Plaintiffs and Defendant Tingo Group, Inc. jointly submitted a Consent Order appointing a receiver for the Court's consideration on March 11, 2026. See ECF 28.

Nearly three weeks have passed and there has been no objection to the Consent Order filed on the docket. Should the Consent Order meet with Your Honor's approval, both Plaintiffs and Defendant respectfully ask that Your Honor enter same.

Plaintiffs thank Your Honor for your attention and consideration of this matter. Should Your Honor have any questions about the foregoing, I can be available to address them.

Respectfully submitted,

NORRIS McLAUGHLIN, P.A.

By: /s/ *Thomas B. Slocum*
Thomas B. Slocum, Esq.

TBS:st

cc:    Marc D. Miceli, Esq. (Via eCourts)
       Christopher P. Mazza, Esq. (Via Email)

